IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THELMA THOMAS AND<br>EDWARD THOMAS | :<br>: CIVIL ACTION NO. 02-4506<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>BAYER CORPORATION; : ENTRY OF APPEARANCE<br>BAYER AG; :<br>GLAXOSMITHKLINE, PLC; :<br>GLAXOSMITHKLINE; :<br>SMITHKLINE BEECHAM :<br>:<br>Defendants. : |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____   _____
Hope S. Freiwald                          Aline Fairweather


_____   _____
Erin Brennan                              Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000

854098.9.01 10/16/02 11:21 AM